No. 371. ATLANTIC COAST LINE RAILROAD CO. *v.* MILSTEAD; and

No. 382. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* MILSTEAD. Supreme Court of Alabama. Certiorari denied. *John W. Weldon* and *Peyton D. Bibb* for petitioner in No. 371. *Harold C. Heiss, Russell B. Day, Erle Pettus, Jr., Lucien D. Gardner, Jr.* and *Harold N. McLaughlin* for petitioners in No. 382. *William M. Acker, Jr.* for respondent.

No. 337. PEDERSON *v.* MINNESOTA ET AL. Motion for leave to dispense with printing the petition granted. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

No. 364. HOFFA ET AL. *v.* LIEB, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Jacob Kossman, Charles E. Davis* and *O. B. Cline, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marie L. McCann* for respondent.

No. 60, Misc. SMOKER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 91, Misc. LABAT *v.* WALKER, WARDEN. Supreme Court of Louisiana. Certiorari denied. *Benjamin E. Smith* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *M. E. Culligan, John E. Jackson, Jr.* and *Dorothy D. Wolbrette,* Assistant Attorneys General, for respondent.